IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-422-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICKY FITZGERALD ARTIS, | ) | |
| | ) | |
| Defendant. | ) | |

On March 30, 2020, defendant moved pro se to obtain copies of the arraignment and sentencing transcripts in his case [D.E. 88]. "An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Defendant has failed to show a particularized need for the transcripts, and thus, to the extent his letter could be construed as a motion to obtain the documents without charge, the motion is DENIED.

SO ORDERED. This 4 day of August 2020.

JAMES C. DEVER III
United States District Judge